RICKY E. THORNE *v.* STATE OF INDIANA.

[No. 1-474A73. Filed October 29, 1974.]

*Thomas Lockyear,* of Evansville, for appellant.

*Theodore L. Sendak,* Attorney General, *Robert F. Colker,* Assistant Attorney General, for appellee.

ROBERTSON, P.J.—We reverse and remand the trial court's denial of defendant-appellant's petition for post-conviction relief because of a failure in the record to affirmatively demonstrate any discussion of the defendant-appellant's right to confront his accusers. *Thomas* v. *State* (1974), 159 Ind. App. 224, 306 N.E.2d 136; *Ivers* v. *State* (1974), 159 Ind. App. 655, 308 N.E.2d 72.

This cause is reversed and remanded with instructions to grant the petition for post-conviction relief by setting aside the guilty plea and all other proper relief consistent with this opinion.

Judgment reversed and remanded.

Lowdermilk and Lybrook, JJ., concur.

NOTE.—Reported at 317 N.E.2d 858.